IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHERYL CLAYTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 16-0169-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security, | ) ) ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **26th** day of **June, 2017**.

       s/P. BRADLEY MURRAY
       **UNITED STATES MAGISTRATE JUDGE**